```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**JOHN BIDDINGER**                                                **PLAINTIFF**

**vs.**                     **Case No. 06-5107**

**MICHAEL J. ASTRUE**[1]                                          **DEFENDANT**

### O R D E R

On this 13th day of March, 2007, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on February 20, 2007, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $754.02, representing 4.75 hours of work at a rate of $150.00, and $41.52 in expenses.  This amount shall be pad in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

    IT IS SO ORDERED.

                                  **/s/Jimm Larry Hendren**
                                  HON. JIMM LARRY HENDREN
                                  **UNITED STATES DISTRICT JUDGE**

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.